**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 15, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00003-CV

---

### IN RE MATULA & MATULA CONSTRUCTION, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 88715-CV**

---

## MEMORANDUM OPINION

On January 3, 2019, relator Matula & Matula Construction, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator complains of the June 27, 2018 order compelling arbitration and asks this court to compel the respondent to set it aside.[1]

---

[1] Relator names the Honorable Ben Hardin, the presiding judge of the 23rd District Court of Brazoria County, as the respondent. However, the Honorable Carolyn Marks Johnson signed the June 27,

We hold that relator has an adequate remedy by appeal. *See In re Gulf Exploration, LLC*, 289 S.W.3d 836, 842–43 (Tex. 2009) (orig. proceeding). Therefore, relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant.

---

2018 order.  Because Judge Johnson signed the complained-of order, she is the proper respondent. *See In re Schmitz*, 285 S.W.3d 541, 543 (Tex. 2009) (orig. proceeding).